**Sharol McDADE, Plaintiff–Appellant,**

v.

**NATIONAL AMERICAN INDIAN HOUSING COUNCIL, Defendant–Appellee.**

**No. 11–15913.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 11, 2012.

Filed Oct. 9, 2012.

Mitchell C. Wright, Esquire, Law Offices of Mitchell C. Wright, Reno, NV, for Plaintiff–Appellant.

Paul Theodore Trimmer, Elayna J. Youchah, Jackson Lewis LLP, Las Vegas, NV, for Defendant–Appellee.

---

* The Honorable Morris S. Arnold, United States Senior Circuit Judge for the Eighth Circuit, sitting by designation.

Before: RAWLINSON, BYBEE, and ARNOLD *, Circuit Judges.

MEMORANDUM **

Appellant Sharol McDade appeals the district court's grant of summary judgment in favor of the National American Indian Housing Council (NAIHC). We have jurisdiction pursuant to 28 U.S.C. § 1291, and now affirm.

McDade did not offer sufficient evidence to contradict the April NAIHC Board Meeting minutes showing that NAIHC was considering relocating McDade's position from Reno, Nevada to Washington, D.C., before McDade disclosed her pregnancy. Thus, McDade failed to present sufficient evidence to raise a factual dispute as to whether NAIHC had a discriminatory motive in relocating McDade's position. *See Vasquez v. Cnty. of Los Angeles*, 349 F.3d 634, 642 (9th Cir.2004), *as amended* ("[A] plaintiff must put forward specific and substantial evidence challenging the credibility of the employer's motives.") (footnote reference omitted).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.